# ELECTRONIC RECORD

COA # 10-13-00401-CR                    OFFENSE: Murder

STYLE: Gary Evan Matthews v. The State of Texas          COUNTY: Johnson

TRIAL COURT:        413th District Court _____ MOTION
TRIAL COURT #:      F46739              FOR REHEARING IS: _____
TRIAL COURT JUDGE:  Hon. William C. Bosworth Jr.    DATE: _____
DISPOSITION:        AFFIRMED           JUDGE: _____

DATE:       December 11, 2014

JUSTICE:    Davis           PC _____ S YES
PUBLISH: _____            DNP: YES _____

CLK RECORD:     12/11/2013          SUPP CLK RECORD: _____
RPT RECORD:     2/10/2014           SUPP RPT RECORD: _____
STATE BR:       6/27/2014           SUPP BR: _____
APP BR:         6/2/2014            PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                   CCA # _____ **005-15**

-----------------------

_____ **PRO SE** _____ Petition        Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
_____ *REFUSED* _____                  JUDGE: _____
DATE: _04/22/2015_                     SIGNED: _____    PC: _____
JUDGE: _Per Curiam_                    PUBLISH: _____   DNP: _____

-----------------------

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____             _____ ON _____

JUDGE: _____                 JUDGE: _____